# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** | § § § |
| *Plaintiff*, | § § |
|  | § Civil Action No. 2:13-cv-00660 |
| v. | § § |
| **FRONTIER AIRLINES, INC.,** | § § |
|  | § **Jury Trial Demanded** |
| *Defendant*. | § |

## PLAINTIFF'S JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff Loyalty Conversion Systems Corporation ("Loyalty Conversion"), by and through its attorneys, demands a trial by jury on all issues triable as such.

Respectfully submitted,

Dated:  August 20, 2013

By: /s/ *Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
Jay D. Ellwanger
Texas State Bar No. 24036522
Adam G. Price
Texas State Bar No. 24027750
**DiNovo Price Ellwanger & Hardy LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Telecopier:  (512) 539-2627