IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**FRONTIER AIRLINES, INC.,**<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§  Civil Action No.  2:13-cv-00660<br>§<br>§<br>§<br>§  **Jury Trial Demanded**<br>§ |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO F.R.C.P. 7.1

Plaintiff, Loyalty Conversion Systems Corporation ("Loyalty Conversion") hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

1.   Loyalty Conversion is a wholly-owned subsidiary of CopyTele Patent Acquisition Corporation.  CopyTele Patent Acquisition Corporation is a wholly-owned subsidiary of CopyTele, Inc., a publicly-held corporation.

Respectfully submitted,

Dated:  August 20, 2013

By: /s/   *Andrew G. DiNovo*
Andrew G.  DiNovo
Texas State Bar No. 00790594
Jay D. Ellwanger
Texas State Bar No. 24036522
Adam G. Price
Texas State Bar No. 24027750
**DiNovo Price Ellwanger & Hardy LLP**
7000 N.  MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Telecopier:  (512) 539-2627