# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** § § § | |
| **Plaintiff,** § § | |
| v. § § | Civil Action No. 2:13-cv-00660 |
| **FRONTIER AIRLINES, INC.,** § § | |
| **Defendant.** § § | **Jury Trial Demanded** |

## NOTICE OF APPEARANCE

Loyalty Conversion Systems Corporation ("Loyalty Conversion"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

> Jay D. Ellwanger
> Texas State Bar No. 24036522
> DiNovo Price Ellwanger& Hardy LLP
> 7000 N. MoPac Expressway, Suite 350
> Austin, Texas 78731
> Telephone: (512) 539-2626
> Telecopier: (512) 539-2627
> Email: jellwanger@dpelaw.com

Dated: August 21, 2013       By: /s/ Jay D. Ellwanger
　　　　　　　　　　　　　　　　Andrew G. DiNovo
　　　　　　　　　　　　　　　　Texas State Bar No. 00790594
　　　　　　　　　　　　　　　　Jay D. Ellwanger
　　　　　　　　　　　　　　　　Texas State Bar No. 24036522
　　　　　　　　　　　　　　　　Adam G. Price
　　　　　　　　　　　　　　　　Texas State Bar No. 24027750
　　　　　　　　　　　　　　　　**DiNovo Price Ellwanger & Hardy LLP**
　　　　　　　　　　　　　　　　7000 N. MoPac Expressway, Suite 350
　　　　　　　　　　　　　　　　Austin, Texas 78731
　　　　　　　　　　　　　　　　Telephone: (512) 539-2626
　　　　　　　　　　　　　　　　Telecopier: (512) 539-2627