IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FRONTIER AIRLINES, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§  Civil Action No. 2:13-cv-00660<br>§<br>§<br>§<br>§  Jury Trial Demanded<br>§ |

## NOTICE OF APPEARANCE

Loyalty Conversion Systems Corporation ("Loyalty Conversion"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

>    Adam G. Price
>    Texas State Bar No. 24027750
>    **DiNovo Price Ellwanger& Hardy LLP**
>    7000 N. MoPac Expressway, Suite 350
>    Austin, Texas  78731
>    Telephone:  (512) 539-2626
>    Telecopier:  (512) 539-2627
>    Email: aprice@dpelaw.com

Dated:  August 22, 2013          By: /s/  Adam G. Price
                                     Andrew G.  DiNovo
                                     Texas State Bar No. 00790594
                                     Jay D. Ellwanger
                                     Texas State Bar No. 24036522
                                     Adam G. Price
                                     Texas State Bar No. 24027750
                                     **DiNovo Price Ellwanger & Hardy LLP**
                                     7000 N.  MoPac Expressway, Suite 350
                                     Austin, Texas  78731
                                     Telephone:  (512) 539-2626
                                     Telecopier:  (512) 539-2627