UAET (02-2008)



Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:13-cv-00660-JRG

Name of party requesting extension: Frontier Airlines, Inc.

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 8/23/2013

Number of days requested:  ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 10/14/2013   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Dara M. Kurlancheek

State Bar No.: 4701181

Firm Name: Mayer Brown LLP

Address: 1999 K Street, NW
Washington, D.C. 20006

Phone: (202) 263-3000

Fax:    (202) 263-3300

Email: dkurlancheek@mayerbrown.com

A certificate of conference does not need to be filed with this unopposed application.