AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

Marshall Division

| | |
|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION,<br><br>Plaintiff(s)<br>v.<br>FRONTIER AIRLINES, INC.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:13-cv-00660<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FRONTIER AIRLINES, INC.
The Prentice Hall Corporation
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew G. DiNovo
DiNovo Price Ellwanger & Hardy LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8/21/13

*Signature of Clerk or Deputy Clerk*

Eastern District of Texas, Texas
211 W FERGUSON TYLER TX 75702

Case #: 213CV00660

LOYALTY CONVERSION SYSTEMS CORPORATION

*Plaintiff*
vs
FRONTIER AIRLINES, INC.

*Defendant*

RETURN OF SERVICE

I, Floyd J Boudreaux, make statement to the fact;
That I am a competent person more than 18 years of age and not a party to this action, nor interested in the outcome of the suit. That I received the documents stated below on 08/23/13 10:49 am, instructing for same to be delivered upon Frontier Airlines, Inc. By Delivering To The Prentice Hall Corporation.

| | |
|---|---|
| That I delivered to | : **Frontier Airlines, Inc. By Delivering To The Prentice Hall Corporation. By Delivering to Susan Vertrees, authorized to accept.** |
| the following | : **SUMMONS; ORIGINAL COMPLAINT; EXHIBIT A** |
| at this address | : **211 E. 7th Street, Suite 620 Austin, Travis County, TX 78701** |
| Manner of Delivery | : **by PERSONALLY delivering the document(s) to the person above.** |
| Date and time | : **August 23, 2013 11:10 am** |

My name is Floyd J Boudreaux, my date of birth is January 10th, 1943, and my address is Professional Civil Process Downtown, 2211 S. IH 35, Suite 203, Austin TX 78741, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on the ___23___ day of
_AUGUST_, 20_13_.

_____ Declarant
Floyd J Boudreaux

Texas Certification#: SCH-3506 Exp. 02/28/2014

Private Process Server
Professional Civil Process Downtown          PCP Inv. #Z13800390
2211 S. IH 35, Suite 203 Austin TX 78741
(512) 477-3500

AX02Z13800390

+ Service Fee:  35.00
  Witness Fee:    .00
  Mileage Fee:    .00

melissa                                       DiNovo, Andrew G.                          @