IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:13-CV-00660 |
| FRONTIER AIRLINES, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

**NOTICE OF APPEARANCE**

Stephen E. Baskin of Mayer Brown LLP hereby respectfully enters his appearance as an attorney of record for Defendant Frontier Airlines, Inc.

    Respectfully submitted,

    /s/Stephen E. Baskin
    Stephen E. Baskin
    District of Columbia Bar No. 456015
    Email: sbaskin@mayerbrown.com
    **MAYER BROWN LLP**
    1999 K Street, NW
    Washington, D.C. 20006
    Telephone: (202) 263-3000
    Facsimile: (202) 263-3300

    ATTORNEY FOR DEFENDANT
    FRONTIER AIRLINES, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 23, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Stephen E. Baskin
Stephen E. Baskin