Appendix K                                                                                           Revised: 8/21/2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
<u>Marshall</u>   DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By PBell at 2:33 pm, Sep 23, 2013

1. This application is being made for the following: Case # <u>2:13-cv-00660-JRG</u>

Style/Parties: <u>Loyalty Conversion System Corporation v Frontier Airlines, Inc.</u>

2. Applicant is representing the following party/ies: <u>Frontier Airlines, Inc.</u>

3. Applicant was admitted to practice in <u>Virginia</u> (state) on <u>10/28/2002</u> (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
<u>District of Columbia, Supreme Court of Virginia, District of Columbia Court of Appeals, US Dist</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Ann Marie Duffy</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>09/23/2013</u>        Signature <u>/s/Ann Marie Duffy</u> (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

**APPLICATION TO APPEAR PRO HAC VICE** (Continued)

Name (please print): Ann Marie Duffy
Bar Number /State: 48653 Virginia
Firm Name: Mayer Brown
Address/P.O. Box: 1999 K Street, NW
City/State/Zip: Washington, D.C. 20006
Telephone #: 202-263-3000
Fax #: 202-263-3300
E-mail Address: aduffy@mayerbrown.com
Secondary E-Mail Address: pkruzel@mayerbrown.com

This application has been approved for the court on: 9/23/13

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By *Petoria Bell*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

This may be used to answer question 9.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filedagainst you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.