**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LOYALTY CONVERSION SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:13-CV-00660-JRG |
| v. | § § | |
| FRONTIER AIRLINES, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**DEFENDANT FRONTIER AIRLINES, INC.'S,
<u>CERTIFICATE OF INTERESTED PERSONS</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Frontier Airlines, Inc. is a wholly-owned subsidiary of Republic Airways Holdings Inc., a publicly-held company.

Pursuant to Local Rule 7.4, Defendant Frontier Airlines, Inc. hereby identifies the following persons and entities that are financially interested in the outcome of this case:  Frontier Airlines, Inc. and Republic Airways Holdings Inc.

Dated:  October 14, 2013              Respectfully submitted,

                                    */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P. O. Box 7339 [75711]
Tyler, Texas 75701
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5092

Stephen E. Baskin
sbaskin@mayerbrown.com
Ann Marie Duffy
aduffy@mayerbrown.com
Dara M. Kurlancheek
dkurlancheek@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 263-3000
Facsimile:  (202) 263-3300

*Attorneys for Defendant/Counter-Plaintiff
Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 14, 2013, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                    */s/Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth