**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **LOYALTY CONVERSION SYSTEMS CORPORATION,** § § § | |
| Plaintiff, § | |
| § | Civil Action No. 2:13-cv-00660-JRG |
| v. § § | |
| **FRONTIER AIRLINES, INC.,** § § | |
| § | Jury Trial Demanded |
| Defendant. § | |

## NOTICE OF APPEARANCE

Loyalty Conversion Systems Corporation ("Loyalty Conversion"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

        Stefanie T. Scott
        Texas State Bar No. 24061617
        **DiNovo Price Ellwanger& Hardy LLP**
        7000 N. MoPac Expressway, Suite 350
        Austin, Texas  78731
        Telephone:  (512) 539-2626
        Telecopier:  (512) 539-2627
        sscott@dpelaw.com

Dated:  November 12, 2013      By: /s/ Stefanie T. Scott
                                                        Stefanie T. Scott
                                                        Texas State Bar No. 24061617
                                                        Andrew G.  DiNovo
                                                        Texas State Bar No. 00790594
                                                        Jay D. Ellwanger
                                                        Texas State Bar No. 24036522
                                                        Adam G. Price
                                                        Texas State Bar No. 24027750
                                                        **DiNovo Price Ellwanger & Hardy LLP**
                                                        7000 N.  MoPac Expressway, Suite 350
                                                        Austin, Texas  78731
                                                        Telephone:  (512) 539-2626
                                                        Telecopier:  (512) 539-2627

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 12th day of November, 2013.

    /s/ Stefanie T. Scott
    Stefanie T. Scott